UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: November 23, 2015

CASE NO. 1:15 CR 228

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

ROBERT TOTH

APPEARANCES: Plaintiff: Chelsea Rice, Esq.

Defendant: Kevin Spellacy, Esq. And Domonic Vitantonio, Esq.

PROCEEDINGS:

P.T. held w/ all counsel present. Def in open court w/ counsel. Trial cont'd from 12/7/15 to 2/1/16 by Agreement - Speedy Trial waiver extended to 3/1/16.
USA puts plea offer on the record + is open for 30 days. Def rejected proposed plea.

Donald C. Nugent 11/23/15

Length of Proceedings: 30 min