TRIAL MINUTES                                                Northern District of Ohio, Eastern Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | DATE: FEBRUARY 1, 2016 |
| vs. | JUDGE DONALD C. NUGENT |
|  | CASE NUMBER 1:15 CR 228 |
| ROBERT TOTH | COURT REPORTER: Heidi Geizer |
|  | Length of Proceedings: 480 MIN |

TRIAL TO [ ] COURT [XX] JURY

[X] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [X] BEGUN [ ] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF   [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS   [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL FEBRUARY 2, 2016 AT 8:00 AM

Trial commenced. Jury duly empaneled and sworn consisting of (12) twelve members and (4) four alternates. Opening stmts of counsel made. USA calls following witness(es): 1) S/A Michael Haynie; 2) Court adjourned.

[X] EXHIBITS LOCATED IN _____

[ ] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 2/1/16