TRIAL MINUTES                                         Northern District of Ohio, Eastern Division
================================================================================

UNITED STATES OF AMERICA

vs.

ROBERT TOTH

DATE: February 11, 2016

JUDGE: DONALD C. NUGENT

CASE NUMBER: 1:15 CR 228

COURT REPORTER: Heidi Geizer

Length of Proceedings: 300 MIN

================================================================================

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[ ] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF     [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS     [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [X] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

ADJOURNED UNTIL _____ AT _____

Trial cont'd
Jury deliberations cont'd. Jury returns unanimous
verdicts of Not Guilty to Count One and Not Guilty
to Count Two. Court polls jury and accepts each
verdict. Jury discharged. Def discharged.
Court adjourned.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 2/11/16