UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION |
| | ) | |
| Plaintiff, | ) | CASE NUMBER 1:15 CR 228 |
| | ) | |
| vs. | ) | |
| | ) | VERDICT FORM |
| ROBERT TOTH, | ) | Count 1 |
| | ) | |
| Defendant. | ) | |

We the Jury, being duly impaneled and sworn, find the Defendant ROBERT TOTH, _Not Guilty_ **(insert in ink guilty or not guilty)** of Deprivation of Rights Under Color of Law or Aiding and Abetting Deprivation of Rights Under Color of Law, in violation of Title 18, United States Code Section 242 or 2 as charged in Count 1 of the Indictment.

DATED: _2/10/2016_

If your verdict is guilty on Count 1, please consider and complete verdict form 1A. If your verdict is not guilty on Count 1, please disregard verdict form 1A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION |
| | ) | |
| Plaintiff, | ) | CASE NUMBER 1:15 CR 228 |
| | ) | |
| vs. | ) | |
| | ) | VERDICT FORM |
| ROBERT TOTH, | ) | Count 2 |
| | ) | |
| Defendant. | ) | |

We the Jury, being duly impaneled and sworn, find the Defendant ROBERT TOTH, _Not Guilty_ **(insert in ink guilty or not guilty)** of Destruction, Alteration, or Falsification of Records in Federal Investigation, in violation of Title 18, United States Code Section 1519 as charged in Count 2 of the Indictment.

DATED: _2-11-2016_